# EXHIBIT K

Kate E. Juvinall [Bar No. 315659]
kate.juvinall@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Telephone: (816) 983-8000
Facsimile: (816) 983-8080

Attorneys for Defendants Splash News
and Picture Agency, LLC
and Rcapital Partners LLP

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ESMERALDA SERVIN,<br><br>Plaintiff,<br><br>v.<br><br>SPLASH NEWS AND PICTURE AGENCY, LLC, RCAPITAL PARTNERS LLP, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF EMMA CURZON IN SUPPORT OF DEFENDANTS SPLASH NEWS AND PICTURE AGENCY, LLC AND RCAPITAL PARTNERS LLP'S NOTICE OF REMOVAL**<br><br>(Filed concurrently with Notice of Removal; Declaration of Philip Emmerson in Support of Notice of Removal; Notice of Interested Parties; Civil Cover Sheet) |

1

DECL. ISO NOTICE OF REMOVAL

DocID: 4823-1303-3158.4

I, Emma Curzon, certify and declare as follows:

1. I am competent, over 18, and make the following statements based upon my personal knowledge. If called as a witness, I would testify as to their accuracy.

2. I am the President and a Director of Splash News and Picture Agency Holdings, Inc. ("Splash Holdings"). I am also the President of defendant, Splash News and Picture Agency, LLC ("Splash").

3. As President, I am familiar with Splash's company structure and operations. I am also familiar with Splash Holdings' corporate structure and operations.

4. Splash is a Nevada limited liability company.

5. Splash Holdings is the sole member of Splash.

6. Splash Holdings is not a resident, citizen, or entity organized under the laws of California. Instead, it is a corporation organized under the laws of the state of Delaware.

7. Splash Holdings is a holding company, and its principal place of business is located in the United Kingdom.

8. Its operations are limited to owning its membership interest in Splash, maintaining Splash Holdings' books and records, paying applicable taxes, and issuing any dividends.

9. Splash Holdings conducts all of those activities through its board of directors, which meet exclusively in the United Kingdom. In short, all of Splash Holdings' high-level management decisions are made in the United Kingdom.

10. Splash Holdings produces no products, has no sales, and conducts no other business operations.

11. Plaintiff, Esmeralda Servin, is a former employee of Splash. At the time of Plaintiff's termination from Splash, her annual salary was $125,000, plus benefits.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7th August 2020 by _____
     (Date)      (Signature of Emma Curzon)