# EXHIBIT L

1  Kate E. Juvinall [Bar No. 315659]
   kate.juvinall@huschblackwell.com
2  HUSCH BLACKWELL LLP
   4801 Main Street, Suite 1000
3  Kansas City, MO 64112-2551
   Telephone: (816) 983-8000
4  Facsimile: (816) 983-8080

5  Attorneys for Defendants Splash News
   and Picture Agency, LLC
6  and Rcapital Partners LLP

7

8  **UNITED STATES DISTRICT COURT FOR THE**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

| | |
|---|---|
| 10  ESMERALDA SERVIN, | Case No.: |
| 11              Plaintiff, | **DECLARATION OF PHILIP EMMERSON IN SUPPORT OF DEFENDANTS SPLASH NEWS AND PICTURE AGENCY, LLC AND RCAPITAL PARTNERS LLP'S NOTICE OF REMOVAL** |
| 12  v. | |
| 13  SPLASH NEWS AND PICTURE AGENCY, LLC, RCAPITAL PARTNERS LLP, and DOES 1-50, Inclusive, | (Filed concurrently with Notice of Removal; Declaration of Emma Curzon in Support of Notice of Removal; Notice of Interested Parties; Civil Cover Sheet) |
| 14 | |
| 15 | |
| 16 | |
| 17              Defendants. | |

28                                    1                    DECL. ISO NOTICE OF REMOVAL

HB: 4822-3157-2166.6

I, Philip Emmerson, certify and declare as follows:

1. I am competent, over 18, and make the following statements based upon my personal knowledge. If called as a witness, I would testify as to their accuracy.

2. I am one of the partners comprising Rcapital Partners LLP ("Rcapital LLP").

3. In my position, I am familiar with Rcapital LLP's partnership structure and operations.

4. Rcapital LLP is a limited liability partnership incorporated under the laws of the England and Wales.

5. It consists of three partners: Jamie Constable, Christopher Campbell, and myself. All of us are citizens of and domiciled in the United Kingdom. Neither of my partners, nor myself have ever resided in the state of California.

6. Rcapital LLP also does not conduct any business in California. Nor does it possess any contractual relationship with the other named defendant, Splash News and Picture Agency, LLC.

7. Further, Rcapital LLP has never retained Northwest Registered Agent Inc., located at 1267 Willis Street, Suite 200, Redding, California 96001, as its registered agent. Rcapital LLP is not registered to conduct business in the state of California with the California Secretary of State, nor does it possess a registered agent of any kind within the California.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __6.8.20__ by _____(signature)_____
     (Date)       (Signature of Philip Emmerson)

2   DECL. ISO NOTICE OF REMOVAL

HB: 4822-3157-2166.6