Kate Juvinall [Bar No. 315659]
kate.juvinall@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Telephone: (816) 983-8361
Facsimile: (816) 983-8080

Attorneys for Defendants Splash News
and Picture Agency, LLC

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESMERALDA SERVIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SPLASH NEWS AND PICTURE AGENCY, LLC, RCAPITAL PARTNERS LLP, and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-07131<br><br>**DEEFENDANT SPLASH NEWS AND PICTURE AGENCY, LLC'S NOTICE OF SUPPLEMENT TO THE STATE COURT FILE ATTACHED TO NOTICE OF REMOVAL** |

1  Defendant Splash News and Picture Agency, LLC hereby files this Notice of
2  Supplement to the State Court File Attached to its Notice of Removal and states as
3  follows:
4       1.   Defendant Splash News and Picture Agency, LLC filed a Notice of
5  Removal with this Court on August 7, 2020 with attached Exhibits A – L, the State
6  Court File. [Dkts. 1 through 1-12].
7       2.   On August 13, 2020 in the State Court Case 20STCV23024 Plaintiff
8  filed the Declaration of Christina R. Manalo Re: Service, filed herewith as
9  Exhibit M.

DATED: August 14, 2020

By: /s/ Kate Juvinall
   Kate Juvinall

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 14th day of August 2020, the foregoing was filed with the Court via the Court's CM/ECF System and was served via first-class U.S. Mail, upon the following:

Joseph M. Lovretovich (SBN 73403)
Eric M. Gruzen (SBN 222448)
Christina R. Manalo (SBN 297718)
JML Law, APLC
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030
Attorneys for Plaintiff

                                 */s/ Kate Juvinall*
                                 Attorney for Defendant Splash News and Picture Agency, LLC