**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH [CA STATE BAR NO. 73403]
jml@jmllaw.com
ERIC M. GRUZEN [CA STATE BAR NO. 222448]
egruzen@jmllaw.com
CHRISTINA R. MANALO [CA STATE BAR NO. 297718]
christina@jmllaw.com

Attorneys for Plaintiff
**Esmeralda Servin**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA SERVIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability corporation; RCAPITAL PARTNERS LLP, a limited liability partnership; and DOES 1 through 50, inclusive;;<br><br>Defendants. | Case No. 2:20-cv-07131 MWF (Ex)<br>*(Assigned for all purposes to the Hon. Michael W. Fitzgerald)*<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:   June 18, 2020 |

//
//
//
//

1
**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rules of Civil Procedure, Rule 38(b), *et seq.*, Plaintiff hereby demands a jury trial on all issues subject to the right for jury trial.

DATED: August 20, 2020        JML LAW, A Professional Law Corporation

By:_____*/s/ Christina R. Manalo*_____
JOSEPH M. LOVRETOVICH
ERIC M. GRUZEN
CHRISTINA R. MANALO
Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**