| | |
|---|---|
| 1 | Kate Juvinall [Bar No. 315659] |
|   | kate.juvinall@huschblackwell.com |
| 2 | HUSCH BLACKWELL LLP |
|   | 4801 Main Street, Suite 1000 |
| 3 | Kansas City, MO  64112-2551 |
|   | Telephone: (816) 983-8361 |
| 4 | Facsimile: (816) 983-8080 |
| 5 | Barbara A. Grandjean [*Pro Hac Vice*] |
|   | Andrew K. Glenn [*Pro Hac Vice*] |
| 6 | barbara.grandjean@huschblackwell.com |
|   | andrew.glenn@huschblackwell.com |
| 7 | HUSCH BLACKWELL LLP |
|   | 1801 Wewatta St., Suite 1000 |
| 8 | Denver, CO  80202 |
|   | Telephone: (303) 749-7200 |
| 9 | Facsimile: (303) 749-7272 |
| 10 | Amberly Morgan [Bar No. 273891] |
|    | amberly.morgan@huschblackwell.com |
| 11 | HUSCH BLACKWELL LLP |
|    | 111 Congress Avenue, Suite 1400 |
| 12 | Austin, TX  78701-4093 |
|    | Telephone:  (512) 479-1135 |
| 13 | Facsimile:  (512) 479-1101 |
| 14 | Attorneys for Defendant Splash News and Picture Agency, LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA SERVIN, | Case No.: 2:20-cv-07131 MWF (Ex) |
| Plaintiff, | **NOTICE OF APPEARANCE OF AMBERLY MORGAN** |
| v. | |
| SPLASH NEWS AND PICTURE AGENCY, LLC and RCAPITAL PARTNERS LLP, | |
| Defendants. | |

PLEASE TAKE NOTICE that Amberly Morgan of Husch Blackwell LLP hereby enters an appearance as counsel for Defendant Splash News and Picture Agency, LLC in the above-referenced action.  Please serve said counsel with all pleadings and notices in this action.

>Amberly Morgan, Esq.
>amberly.morgan@huschblackwell.com
>HUSCH BLACKWELL LLP
>111 Congress Avenue, Suite 1400
>Austin, TX  78701-4093
>Telephone:  (512) 479-1135
>Facsimile:  (512) 479-1101

DATED:  September 21, 2020     Respectfully submitted,

>HUSCH BLACKWELL LLP
>
>By: */s/ Amberly Morgan*
>          Amberly Morgan
>          *Attorneys for Defendant Splash*
>          *News and Picture Agency, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court and to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Amberly Morgan
Amberly Morgan
*Attorneys for Defendant Splash News and Picture Agency, LLC*