E

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA SERVIN, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability corporation; RCAPITAL PARTNERS LLP, a limited liability partnership; and DOES 1 through 50, inclusive;<br><br>　　　　Defendants. | Case No. 2:20-cv-07131 MCS (Ex)<br>*(Assigned for all purposes to the Hon. Mark C. Scarsi)*<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO DISMISS DEFENDANT RCAPITAL PARTNERS LLP**<br><br>Complaint Filed:　　June 18, 2020 |

　　　　Plaintiff **ESMERALDA SERVIN** ("Plaintiff") and Defendants **SPLASH NEWS AND PICTURE AGENCY, LLC, AND RCAPITAL PARTNERS LLP** ("Defendants") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Defendant RCAPITAL PARTNERS LLP without prejudice.

　　　　The Court, having read and considered the Parties' Joint Stipulation Dismissing RCAPITAL PARTNERS LLP without prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. Defendant RCAPITAL PARTNERS LLP is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE