**JML LAW**
A PROFESSIONAL LAW CORPORATION
5855 TOPANGA CANYON BLVD., SUITE 300
WOODLAND HILLS, CALIFORNIA 91367

Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH [CA STATE BAR NO. 73403]
jml@jmllaw.com
ERIC M. GRUZEN [CA STATE BAR NO. 222448]
egruzen@jmllaw.com
CHRISTINA R. MANALO [CA STATE BAR NO. 297718]
christina@jmllaw.com

Attorneys for Plaintiff
Esmeralda Servin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA SERVIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability corporation; RCAPITAL PARTNERS LLP, a limited liability partnership; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:20-cv-07131 MCS (Ex)<br>*(Assigned for all purposes to the Hon. Mark C. Scarsi)*<br><br>**PLAINTIFF'S OBJECTION TO "NOTICE OF BANKRUPTCY"**<br><br>Complaint Filed:   June 18, 2020 |

///
///
///

**PLAINTIFF'S OBJECTION TO "NOTICE OF BANKRUPTCY"**

## OBJECTION AND SUGGESTION TO STRIKE

Plaintiff ESMERALDA SERVIN objects to the "Notice of Bankruptcy" filed by "Splash News and Picture Agency" ("Defendant")(Dkt. 40). Attached as Exhibit A to the "Notice of Bankruptcy" is a printout of from the docket of the bankruptcy case which refers to a different legal entity on its face. The entity that filed for bankruptcy is called "Splash News **&** Picture Agency," [emphasis added] who is not a party to this case. Although the names are similar (the word "and" is replaced with an ampersand) it is clear that "Splash News **and** Picture Agency" [emphasis added] the two entities are in fact very different. The defendant in this case is "Splash News **and** Picture Agency."

The bankruptcy petition filed yesterday has no bearing on this case or the pending motions. The bankruptcy of an unrelated entity does not have any impact on these proceedings. Therefore, Plaintiff respectfully OBJECTS to the "Notice of Bankruptcy" on the grounds that the bankruptcy clearly has to do with a different entity.

Furthermore, according to her W2, Plaintiff was employed by "Splash News **and** Picture Agency" which has an Employer Identification Number of 59-3058828. "Splash News **&** Picture Agency" has an Employer Identification Number of 81-4773112.

Finally, a search on the California Secretary of State Business Search website shows that there are two separate entities: Entity number 201124310195

//
//
//
//
//
//
//
//

for "Splash News **&** Picture Agency" and 201726310046 for "Splash News **and** Picture Agency." Both entities are based in Nevada, where "Splash News **&** Picture Agency" filed for Bankruptcy.

DATED:      March 30, 2021           JML LAW, A Professional Law Corporation


By:_____*/s/ Eric M. Gruzen*_____
   JOSEPH M. LOVRETOVICH
   ERIC M. GRUZEN
   CHRISTINA R. MANALO
   Attorneys for Plaintiff

3
**PLAINTIFF'S OBJECTION TO "NOTICE OF BANKRUPTCY"**