**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367

Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH [SBN. 73403]
jml@jmllaw.com
ERIC M. GRUZEN [SBN. 222448]
egruzen@jmllaw.com
CHRISTINA R. MANALO [SBN. 297718]
christina@jmllaw.com

Attorneys for Plaintiff
**Esmeralda Servin**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
  E-Mail: Jeffrey.Ranen@lewisbrisbois.com
NINA D. FROESCHLE, SB# 131897
  E-Mail: Nina.Froeschle@lewisbrisbois.com
SONA P. PATEL, SB# 334044
  E-Mail: Sona.Patel@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800; Facsimile: 213.250.7900

Attorneys for Defendant,
SPLASH NEWS AND PICTURE AGENCY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA SERVIN, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability corporation; and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No. 2:20-cv-07131-MCS-E<br>*(Assigned for all purposes to the Hon. Mark C. Scarsi)*<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

1
**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

**TO THE HONORABLE COURT:**

Plaintiff ESMERALDA SERVIN ("Plaintiff") and Defendant SPLASH NEWS AND PICTURE AGENCY, LLC ("Defendants") (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

WHEREAS, the Parties request that the District Court retain jurisdiction to enforce the settlement.

THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed with prejudice, and that each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

DATED: November 16, 2021    JML LAW, A Professional Law Corporation

By:_____
JOSEPH M. LOVRETOVICH
ERIC M. GRUZEN
CHRISTINA R. MANALO
Attorneys for Plaintiff

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

| | | | |
|---|---|---|---|
| 1 | DATED: | December 15, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: _____

JEFFREY S. RANEN

NINA D. FROESCHLE

SONA P. PATEL

  Attorneys for Defendants

**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

3

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**