**JML LAW**
A PROFESSIONAL LAW CORPORATION
5855 TOPANGA CANYON BLVD., SUITE 300
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH [SBN. 73403]
jml@jmllaw.com
ERIC M. GRUZEN [SBN. 222448]
egruzen@jmllaw.com
CHRISTINA R. MANALO [SBN. 297718]
christina@jmllaw.com

Attorneys for Plaintiff
**Esmeralda Servin**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
    E-Mail: Jeffrey.Ranen@lewisbrisbois.com
NINA D. FROESCHLE, SB# 131897
    E-Mail: Nina.Froeschle@lewisbrisbois.com
SONA P. PATEL, SB# 334044
    E-Mail: Sona.Patel@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800; Facsimile: 213.250.7900

Attorneys for Defendant,
SPLASH NEWS AND PICTURE AGENCY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA SERVIN, an individual; <br><br>            Plaintiff, <br><br>        vs. <br><br> SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability corporation; and DOES 1 through 50, inclusive; <br><br>            Defendants. | Case No. 2;20-cv-07131-MCS-E <br> *(Assigned for all purposes to the Hon. Mark C. Scarsi)* <br><br> **JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** <br><br> **[FED. R. CIV. P. 41(a)]** |

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

**TO THE HONORABLE COURT:**

Plaintiff ESMERALDA SERVIN ("Plaintiff") and Defendant SPLASH NEWS AND PICTURE AGENCY, LLC ("Defendants") (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

THEREFORE, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed with prejudice, and that each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

DATED:      December 28, 2021     JML LAW, A Professional Law Corporation

By:_____

JOSEPH M. LOVRETOVICH

ERIC M. GRUZEN

CHRISTINA R. MANALO

Attorneys for Plaintiff

**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

2

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

DATED:    December 29, 2021    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____

JEFFREY S. RANEN

NINA D. FROESCHLE

SONA P. PATEL

Attorneys for Defendants

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

3

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**